■ Jose Ojeda, Respondent, v Metropolitan Playhouse, Inc., et al., Defendants, and Shell Oil Company et al., Appellants.—In a negligence action to recover damages for personal injuries, the defendants Shell Oil Company and Duarte Service Station, Inc., appeal from a "decisional order" of the Supreme Court, Kings County (Pizzuto, J.), dated December 12, 1984, which, after a pretrial hearing, denied their cross motion for disclosure of the name and address of a photographer who had photographed the accident scene on the plaintiff's behalf.

Appeal dismissed, without costs or disbursements. No appeal lies from a decision *(see, Matter of Shawn C. A.,* 110 AD2d 697, *lv denied* 65 NY2d 605; *Schicchi v Green Constr. Corp.,* 100 AD2d 509).

The purported order is nothing more than an unsigned

transcript of an oral decision and does not comply with CPLR 2219 (a). Lazer, J. P., Bracken, Brown and Lawrence, JJ., concur.